```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

LUVENIA S. BARTEE,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:09-1280

GEORGE GARRETT, Counselor,
FPC Alderson, et al.,

    Defendants.

### JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DENIES** plaintiff's application to proceed in forma pauperis, **DISMISSES** plaintiff's complaint, and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 17th day of November, 2010.

                                  ENTER:

                                  *David A. Faber*

                                  David A. Faber
                                  Senior United States District Judge